**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1395

CAROLYN M. RICHARDS,

Plaintiff - Appellant,

versus

DONALD RUMSFELD, Secretary; UNITED STATES
DEPARTMENT OF DEFENSE,

Defendants - Appellees,

and

U. S. DEFENSE COMMISSARY AGENCY,

Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-02-1114-A)

Submitted: October 31, 2003          Decided: January 14, 2004

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crystal A. G. Fisher, NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.,
Waldorf, Maryland, for Appellant. Paul J. McNulty, United States
Attorney, Leslie B. McClendon, Assistant United States Attorney,
Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carolyn M. Richards appeals from the district court's order entering summary judgment in favor of the Defendant on her employment discrimination action alleging a hostile work environment and retaliation. We have reviewed the record, including the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Richards v. Rumsfeld, No. CA-02-1114-A (E.D. Va. filed Feb. 25, 2003; entered Feb. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED